UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BARRINGER,<br><br>Defendant. | No. 2:22-cv-02225-DAD-DB<br><br>ORDER GRANTING ENTRY OF STIPULATED JUDGMENT<br><br>(Doc. No. 7) |

Before the court is the parties' stipulated request for the entry of judgment in favor of plaintiff and against defendant "in the amount of $559,274.81 as of December 13, 2022, for unpaid federal trust fund recovery penalty liabilities for the tax periods ending September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, and September 30, 2009." (Doc. No. 7.) The parties also agree that "[i]nterest shall accrue on the judgment pursuant to 28 U.S.C. § 1961(c)(1) until paid." (*Id.*)

Pursuant to the parties' stipulation and finding good cause, the court will grant the parties' request.

/////

/////

/////

1

The court hereby orders that judgment in the amount of $559,274.81 is entered in favor of plaintiff United States of America and against defendant Christopher Barringer in this action. Interest shall accrue on the judgment pursuant to 28 U.S.C. § 1961(c)(1).

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**March 30, 2023**__

_____
UNITED STATES DISTRICT JUDGE